## MILES, Appellant, v. THORNE, Respondent.

### No. 681; November 7, 1865.

**Partnership.—A Promise to Share a Road, Followed by a Refusal to execute the promise, discloses no evidence of a partnership.**

APPEAL from Third Judicial District, Alameda County.

J. B. Felton for appellant; Clark & Carpentier for respondent.

SAWYER, J.—This is an action for dissolution of an alleged partnership for an account.

It is insisted that judgment on the facts should have been for plaintiff. We think not. They do not show a partnership. The most that can be claimed for them is, that defendant verbally promised that plaintiff should have one-half the road, and then refused to execute the promise. This does not constitute a partnership.

Judgment affirmed.

We concur: Sanderson, C. J.; Shafter, J.; Currey, J.; Rhodes, J.